**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1254**

———————

DONALD N. REAVES,

Plaintiff - Appellant,

versus

J. SHAWN OLIVER; CAROLINA POWER AND LIGHT
COMPANY,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (CA-98-2683-22-4)

———————

Submitted:  July 31, 2000         Decided:  September 15, 2000

———————

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Donald N. Reaves, Appellant Pro Se.  Kathy Jane Price Elmore,
Florence, South Carolina; Edgar Lloyd Willcox, II, WILLCOX, BUYCK
& WILLIAMS, P.A., Florence, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald N. Reaves appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Reaves v. Oliver</u>, No. CA-98-2683-22-4 (D.S.C. Jan. 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>